IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>       v.<br><br>LENARD LEBLANC,<br><br>                    Defendant. | No. CR 11-0013 RS<br><br>[PROPOSED] STIPULATED ORDER CONTINUING COMPETENCY REPORT |

On January 18, 2011, Mr. LeBlanc appeared before this Court. At the request of defense counsel the Court referred the matter to Pretrial Services for a local competency evaluation. In this stipulated order, defense counsel represents that Pretrial Services has retained Dr. John Chamberlain to conduct this evaluation. Pretrial Services has explained to AFPD Kalar that Dr. Chamberlain needs additional time to complete the interview and prepare the report.

Therefore, the defense asks that the current status hearing now scheduled for February 9, 2011 be vacated. The defense requests that the matter be added to the duty magistrate's calendar for a report regarding competency at 9:30 a.m. on Friday, March 4, 2011.

The government has no objection to this request.

Therefore, for good cause shown the status hearing now scheduled for February 9, 2011 is vacated. The matter shall be added to the duty magistrate's calendar on Friday, March 4,

*LeBlanc*, CR 11-0013 RS
ORD. CONT. STATUS RE: COMPETENCY

2011 at 9:30 a.m. for a report regarding competency. Time shall be excluded under the Speedy Trial Act between February 9, 2011 and March 4, 2011 in light of the on-going competency evaluation. 18 USC § 3161(h)1)(A).

IT IS SO ORDERED.

February 3, 2011
DATED

BERNARD ZIMMERMAN
United States Magistrate Judge

IT IS SO STIPULATED.

February 3, 2011                                    /s
DATED                                    MELINDA HAAG
                                         United States Attorney
                                         Northern District of California
                                         BRIAN LEWIS
                                         Assistant United States Attorney


February 3, 2011                                    /s
DATED                                    BARRY J. PORTMAN
                                         Federal Public Defender
                                         Northern District of California
                                         STEVEN G. KALAR
                                         Assistant Federal Public Defender

*LeBlanc*, CR 11-0013 RS
ORD. CONT. STATUS RE: COMPETENCY                    2